# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bush, Ronald E. | United States District Court, District of Idaho | 08/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge (retired 6/10/2021) | ☐ Nomination Date <br> ☐ Initial ☐ Annual ☑ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 06/10/2021 |

**7. Chambers or Office Address**

U.S. Courthouse/Federal Building
550 W. Fort St.
Boise, ID 83724

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President & Director | J.A. "Bert" Eggleson Farms, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | State of Idaho District Judge Retirement Plan (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Pivot North Architecture |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A — Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B — Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C — Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D — Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. - Vanguard Info. Tech, VGT | A | Dividend | | | Sold | 03/31/21 | J | B | |
| 3. - ISHARES ETF Core MSCI, IEFA | A | Dividend | | | Sold | 03/31/21 | K | A | |
| 4. - SPDR Fin'l Select Shares of Beneficial Int., XLF | A | Dividend | | | Sold | 03/31/21 | J | A | |
| 5. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | | | Sold | 03/31/21 | K | B | |
| 6. - ISHARES MSCI Emg. Mrkt. ETF, EEMA | A | Dividend | | | Sold | 03/31/21 | K | B | |
| 7. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | | | Sold | 03/31/21 | J | A | |
| 8. - SPDR GOLD SHARES ETF, GLD | | None | | | Buy (add'l) | 03/24/20 | J | | |
| 9. | | | | | Sold | 03/31/21 | J | A | |
| 10. - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 11. | | | | | Sold (part) | 08/21/20 | J | A | |
| 12. | | | | | Sold | 03/31/21 | K | A | |
| 13. - ISHARES Russell 2000 ETF, IWM | A | Dividend | | | Sold | 04/07/20 | J | | |
| 14. - Invesco Optimum Yield, PDBC | A | Dividend | | | Sold | 03/24/20 | J | | |
| 15. - Vanguard Total Bond, BND | A | Dividend | | | Sold (part) | 03/24/20 | J | | |
| 16. | | | | | Sold (part) | 04/14/20 | J | A | |
| 17. | | | | | Buy (add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 03/31/21 | K | A | |
| 19.   - Invesco Total Return Bond ETF, GTO | A | Dividend | | | Sold | 03/31/21 | J | A | |
| 20.   - ISHARES U.S. Healthcare Pro, IHF | A | Dividend | | | Sold | 03/31/21 | J | A | |
| 21.   - Western Asset Total Ret., WBND | A | Dividend | | | Sold | 03/31/21 | J | A | |
| 22.   - ISHARES EDG MSCI USA QLTYFCTR, QUAL | A | Dividend | | | Buy | 03/24/20 | J | | |
| 23. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 24. | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 25. | | | | | Sold | 03/31/21 | K | C | |
| 26.   - ISHS MSCI Int'l Quality FACT ETF, IQLT | A | Dividend | | | Buy | 08/21/20 | J | | |
| 27. | | | | | Sold | 03/31/21 | J | A | |
| 28.   - SPDR S & P 500 ETF, SPY | | None | L | T | Buy | 04/01/21 | L | | |
| 29.   - Charles Schwab US MC ETF, SCHM | | None | J | T | Buy | 04/01/21 | J | | |
| 30.   - SCHWAB US Small Cap, SCHA | | None | J | T | Buy | 04/01/21 | J | | |
| 31.   - Vanguard FTSE ALLWORLD EX US, VEU | | None | K | T | Buy | 04/01/21 | K | | |
| 32.   - VGRO FTSE ALL WRLD EX USSML CAP, VSS | | None | J | T | Buy | 04/01/21 | J | | |
| 33.   - Vanguard Real Estate, VNQ | | None | J | T | Buy | 04/01/21 | J | | |
| 34.   - ISHARES CORE US Aggregate Bond, AGG | A | Dividend | K | T | Buy | 04/01/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - DOUBLELINE CORE FIXED INCOME, DBLFX | A | Dividend | K | T | Buy | 03/31/21 | K | | |
| 36. - FIERA CAPITAL GLOBAL EQUITY, FCGEX | | None | J | T | Buy | 03/31/21 | J | | |
| 37. - PGIM Jennison Global Opps., PRIZX | | None | J | T | Buy | 03/31/21 | J | | |
| 38. - WCM Focused Internat'l Growth Instl., WCMIX | | None | K | T | Buy | 03/31/21 | J | | |
| 39. - Western Asset Core Plus Bond, WACPX | A | Dividend | K | T | Buy | 03/31/21 | K | | |
| 40. - J Hancock Infrastructure, JEEIX | | None | J | T | Buy | 03/31/21 | J | | |
| 41. US Bank accounts | A | Interest | M | T | | | | | |
| 42. New York Life Insurance policy (whole life) | A | Dividend | K | T | | | | | |
| 43. U.S. Savings Bond | | None | J | T | | | | | |
| 44. IBM (UGTMA held for benefit of ▓▓▓▓) | B | Dividend | K | T | | | | | |
| 45. Bank of Commerce common stock | B | Dividend | J | T | | | | | |
| 46. Charles Schwab Cash Account | B | Interest | K | T | | | | | |
| 47. Charles Schwab Gov't Money Fund SWGXX | A | Interest | K | T | | | | | |
| 48. | C | Dividend | | | | | | | |
| 49. AMC Gov't Sec. Fund (AKA Alliance Bernstein) | A | Dividend | | | Sold | 06/06/21 | J | A | |
| 50. JP Morgan Common Stock | A | Dividend | J | T | | | | | |
| 51. MDU Resources Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of Idaho account | A | Interest | L | T | | | | | |
| 53. Idaho "IDEAL" 529 college savings fund (select risk only) (H) | | | | | | | | | |
| 54. - Aggressive Age Based Option: Blended Income | A | Interest | | | Redeemed | 08/06/20 | J | C | |
| 55. - Mod. Age Based Option: Income Portfolio | A | Interest | | | Redeemed | 08/06/20 | K | D | |
| 56. Am. Funds VCSP college savings 529 (select risk only) (H) | | | | | | | | | |
| 57. - American Mutual Fund 529A, CMLAX | A | Dividend | K | T | Redeemed (part) | 01/11/20 | J | B | |
| 58. - Growth Fund of America 529A, CGFAX | A | Dividend | K | T | Redeemed (part) | 01/11/20 | J | B | |
| 59. - Income Fund of America | A | Dividend | K | T | Redeemed (part) | 01/11/20 | J | B | |
| 60. - Investment Co. of America 529A, CICAX | A | Dividend | J | T | Redeemed (part) | 01/11/20 | K | B | |
| 61. - Washington Mutual Investors Fund 529A, CWMAX | A | Dividend | J | T | Redeemed (part) | 01/11/20 | J | B | |
| 62. J.A. "Bert" Eggleson Farms, Inc. ( business - 1/6 ownership) | C | Dividend | N | U | | | | | |
| 63. Bank of Idaho common stock | A | Dividend | J | T | | | | | |
| 64. Dominion Resources common stock | A | Dividend | J | T | | | | | |
| 65. General Electric common stock | A | Dividend | J | T | | | | | |
| 66. Microsoft common stock | A | Dividend | L | T | | | | | |
| 67. Brokerage Account #2 (retirement) (H) | | | | | | | | | |
| 68. - Vanguard Info. Tech., VGT | A | Dividend | | | Sold | 03/31/21 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - VANGUARD RUSSELL 1000 ETA, VONE | A | Dividend | | | Sold | 03/31/21 | K | B | |
| 70.   - ISHARES ETF Core MSCI, IEFA | A | Dividend | | | Sold | 03/31/21 | K | B | |
| 71.   - SPDR Fin'l Select Ben. Int., XLF | A | Dividend | | | Sold | 03/31/21 | K | A | |
| 72.   - ISHARES MSCI Emg. Mrkt. ETF IV, EEMA | A | Dividend | | | Sold | 03/31/21 | K | B | |
| 73.   - SPDR GOLD SHARES ETF, GLD | | None | | | Buy (add'l) | 03/24/20 | J | | |
| 74. | | | | | Sold | 03/31/21 | K | A | |
| 75.   - ISHARES 0-5 Tips Bond, STIP | A | Dividend | | | Sold | 03/31/21 | K | A | |
| 76.   - ISHARES Core Div. Growth ETF, DGRO | A | Dividend | | | Sold (part) | 03/31/21 | J | A | |
| 77. | | | | | Sold | 03/31/21 | K | B | |
| 78.   - Vanguard Total Bond Mrkt. ETF, BND | B | Dividend | | | Sold (part) | 03/24/20 | J | | |
| 79. | | | | | Sold (part) | 04/14/20 | J | A | |
| 80. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 81. | | | | | Sold | 03/31/21 | L | C | |
| 82.   - Invesco Pwrshr Mng. Opt. Yield Divs., PDBC | A | Dividend | | | Sold | 03/24/20 | J | | |
| 83.   - InvescoTotal Return Bond ETF, GTO | A | Dividend | | | Sold | 03/31/21 | L | C | |
| 84.   - ISHARES US Healthcare Prof , IHF | A | Dividend | | | Sold | 03/31/21 | K | A | |
| 85.   - Western Asset Total Ret., WBND | A | Dividend | | | Sold | 03/31/21 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | - Vanguard High Div. Yiled, VYM | A | Dividend | | | Sold | 08/21/20 | J | | |
| 87. | - ISHARES MSCI USA QLTY FACT, QUAL | A | Dividend | | | Buy | 03/24/20 | J | | |
| 88. | | | | | | Buy<br>(add'l) | 04/14/20 | J | | |
| 89. | | | | | | Sold | 03/31/21 | K | C | |
| 90. | - ISHS MSCI INT'L QUALITY FACT, IQLT | A | Dividend | | | Buy | 08/21/20 | K | | |
| 91. | | | | | | Sold | 03/31/21 | K | B | |
| 92. | - SPDR S&P 500 ETF, SPY | | None | M | T | Buy | 04/01/21 | M | | |
| 93. | - CHARLES SCHWAB US MC ETR, SCHM | | None | K | T | Buy | 04/01/21 | K | | |
| 94. | - SCHWAB US SMALL CAP ETF, SCHA | | None | K | T | Buy | 04/01/21 | K | | |
| 95. | - VANGUARD FTSE ALL WORLD EX US, VEU | | None | K | T | Buy | 04/01/21 | K | | |
| 96. | - VGRD FTSE All Wrld EX USSML CAP, VSS | | None | K | T | Buy | 04/01/21 | K | | |
| 97. | - Vanguard Real Estate, VNQ | | None | K | T | Buy | 04/01/21 | K | | |
| 98. | - ISHARES CORE US Agg. Bond, AGG | A | Dividend | L | T | Buy | 04/01/21 | L | | |
| 99. | - DOUBLELINE CORE FIXED INCOME, DBLFX | A | Dividend | K | T | Buy | 03/31/21 | K | | |
| 100. | - FIERA CAPITAL GLOBAL EQUITY, FCGEX | | None | K | T | Buy | 03/31/21 | K | | |
| 101. | - PGIM Jennison Global Opps., PRIZX | | None | K | T | Buy | 03/31/21 | K | | |
| 102. | - WCM Focused Internat'l Growth Instl., WXMIX | | None | L | T | Buy | 03/31/21 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Western Asset Core Plus Bond, WACPX | A | Dividend | K | T | Buy | 03/31/21 | K | | |
| 104. - J Hancock Infrastructure, JEEIX | | None | K | T | Buy | 03/31/21 | K | | |
| 105. Brokerage Account #3 (J.A. Eggleson Farms, Inc.) (H) | | | | | | | | | |
| 106. - Vanguard Info. Tech., VGT | A | Dividend | | | Sold | 04/08/21 | K | B | |
| 107. - ISHARES ETF Core MSCI, IEFA | A | Dividend | | | Sold | 04/08/21 | K | A | |
| 108. - VANGUARD RUSSELL 1000 ETF, VONE | A | Dividend | | | Sold | 04/08/21 | K | B | |
| 109. - ISHARES MSCI Emg. Mrkt., EEMA | A | Dividend | | | Sold | 04/08/21 | K | B | |
| 110. - SPDR Select Fin'l ETF, XLF | A | Dividend | | | Sold | 04/08/21 | J | A | |
| 111. - SPDR GOLD SHARES ETF, GLD | | None | | | Buy (add'l) | 03/24/20 | J | | |
| 112. - ISHARES 0-5 Tips Bond, STIP | A | Dividend | | | Sold | 04/08/21 | K | A | |
| 113. - ISHARES Core Div. Grownth ETF, DGRO | A | Dividend | | | Sold (part) | 06/19/20 | J | A | |
| 114. | | | | | Sold | 04/08/21 | K | B | |
| 115. - Invesco Optimum Yield Div. Comm., PDBC | A | Dividend | | | Sold | 03/24/20 | J | | |
| 116. - Vanguard Total Bond Mkt. ETF, BND | C | Dividend | | | Sold (part) | 03/24/20 | J | | |
| 117. | | | | | Sold (part) | 04/14/20 | J | A | |
| 118. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 119. | | | | | Sold | 04/08/21 | L | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Invesco Total Return Bond ETF, GTO | A | Dividend | | | Sold | 04/08/21 | K | B | |
| 121. - ISHARES US Heathcare Pro., IHF | A | Dividend | | | Sold | 04/08/21 | J | A | |
| 122. - Western Asset Total Ret., WBND | A | Dividend | | | Sold | 04/08/21 | K | A | |
| 123. - Vanguard High Div. Yield, VYM | A | Dividend | | | Sold | 08/21/20 | J | A | |
| 124. - ISHARES EDG MSCI USA QLTYFCTR, QUAL | A | Dividend | | | Buy | 03/24/20 | J | | |
| 125. | | | | | Buy (add'l) | 04/14/20 | J | | |
| 126. | | | | | Sold | 04/08/21 | K | C | |
| 127. - ISHS MSCI Int'l Quality FACT ETF, IQLT | A | Dividend | | | Buy | 08/21/20 | J | | |
| 128. | | | | | Sold | 04/08/21 | J | A | |
| 129. - SPDR S&P 500 ETF, SPY | | None | L | T | Buy | 04/09/21 | L | | |
| 130. - Charles Schwab US MC ETF, SCHM | | None | J | T | Buy | 04/09/21 | J | | |
| 131. - SCHWAB US Small Cap, SCHA | | None | J | T | Buy | 04/09/21 | J | | |
| 132. - PROLOGIS INC. REIT, PLD | | None | J | T | Buy | 04/09/21 | J | | |
| 133. - Vanguard Intermediate Term Cor ETF, VCIT | A | Dividend | K | T | Buy | 04/09/21 | K | | |
| 134. - VGRO FTSE ALL WRLD EX USSML CAP, VSS | | None | K | T | Buy | 04/09/21 | K | | |
| 135. - Vanguard Real Estate, VNQ | | None | J | T | Buy | 04/09/21 | J | | |
| 136. - ISHARES CORE US Aggregate Bond, AGG | A | Dividend | K | T | Buy | 04/09/21 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - DOUBLELINE CORE FIXED INCOME, DBLFX | A | Dividend | K | T | Buy | 04/08/21 | K | | |
| 138. - FIERA CAPITAL GLOBAL EQUITY, FCGEX | | None | K | T | Buy | 04/08/21 | K | | |
| 139. - WCM Focused Internat'l Growth Instl., WCMIX | | None | K | T | Buy | 04/08/21 | K | | |
| 140. - Western Asset Core Plus Bond, WACPX | A | Dividend | K | T | Buy | 04/08/21 | K | | |
| 141. - J Hancock Infrastructure, JEEIX | | None | J | T | Buy | 04/08/21 | J | | |
| 142. Idaho Central Credit Union (X) | A | Interest | K | T | | | | | |
| 143. Capital Group (401K) Am. Funds Global Growth Portfolio A, PGGAX (X) | A | Dividend | J | T | | | | | |
| 144. Edward Jones Money Market Cash Account (X) | A | Dividend | K | T | | | | | |
| 145. Brokerage Account #4 (retirement) (H) (X) | | | | | | | | | |
| 146. - American AMCAP Growth & Income, AMCPX | A | Dividend | L | T | | | | | |
| 147. - American Balanced Growth & Income, ABALX | B | Dividend | M | T | | | | | |
| 148. - American Bond Fund of America, ABNDX | C | Dividend | M | T | | | | | |
| 149. - American Capital Income, CAIBX | C | Dividend | L | T | | | | | |
| 150. - American Capital World Bond, CWBFX, | B | Dividend | L | T | | | | | |
| 151. - American Capital World Growth & Income, CWGIX | A | Dividend | K | T | Sold (part) | 07/27/20 | J | A | |
| 152. - American Developing World G&I, DWGAX | A | Dividend | K | T | | | | | |
| 153. - American Europacific Growth, AEPGX | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bush, Ronald E. | 08/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - American Fundamental Investors, ANCFX | B | Dividend | L | T | | | | | |
| 155.  - American Growth Fund of America, AGTHX | A | Dividend | L | T | Sold (part) | 07/27/20 | J | A | |
| 156. | | | | | Sold (part) | 08/27/20 | J | A | |
| 157.  - American High-Income Trust, AHITX | C | Dividend | L | T | | | | | |
| 158.  - American Income Fund of America, AMECX | B | Dividend | L | T | | | | | |
| 159.  - American Intermediate Bond Fund, AIBAX | B | Dividend | M | T | | | | | |
| 160.  - American Int'l Growth & Income, IGAAX | A | Dividend | J | T | | | | | |
| 161.  - American Mutual, AMRMX | A | Dividend | K | T | | | | | |
| 162.  - American New Economy, ANEFX | A | Dividend | K | T | Sold (part) | 07/27/20 | J | A | |
| 163.  - American New Perspective, ANWPX | A | Dividend | K | T | Sold (part) | 07/27/20 | J | A | |
| 164.  - American New World, NEWFX | A | Dividend | K | T | | | | | |
| 165.  - American SMALLCAP World, SMCWX | B | Dividend | M | T | Sold (part) | 07/27/20 | J | A | |
| 166.  - American US Gov't Securities, AMUSX | B | Dividend | M | T | | | | | |
| 167.  - American Washington Mutual Investors, AWSHX | B | Dividend | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bush, Ronald E.** | 08/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information:  I retired on June 10, 2021.  I am filing a Combined Annual and Final Report for 2020 and 2021.

Section 1, Line 1:  I am the president and director of J.A. "Bert" Eggleson Farms, Inc., a closely held Oregon corporation.  The company's stock is entirely owned by me and _____ .  I accept no fees for my work as an officer or director of the corporation.

Section VII, Line 43:  The U.S. Savings Bond has matured, but has not yet been redeemed.  It no longer earns interest.

Section VII, Lines 67 & 105:  The Brokerage Accounts have been renumbered since the 2019 Annual Report.  In the 2019 Annual Report, I noted removal of the former Brokerage Account #2 due to a nonreportable event.  Brokerage Account #3 from 2019 Report at Line 60 is now referred to as Brokerage Account #2 and begins at Line 67 of this Report.  Brokerage Account #4 from the 2019 Report at Line 86 is now referred to as Brokerage Account #3 and begins at Line 105 of this Report.

Section VII, Lines 142 to 167:  These investments are marked with an (X) to note that they became reportable due to _____ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ronald E. Bush**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544